UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID DEARMOND** | **CIVIL ACTION** |
| **VERSUS** | **No. 17-2222** |
| **ALLIANCE ENERGY SERVICES, LLC** | **SECTION I** |

**ORDER**

Considering the joint motion to approve the settlement agreement reached between the parties,

**IT IS ORDERED** that the motion is **GRANTED**.

Plaintiffs David DeArmond and Chad Fuller sued Defendant Alliance Energy Services, LLC for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., including the alleged failure to pay overtime for hours worked in excess of forty hours in a workweek for safety meetings that the Plaintiffs attended and for failure to include day rates into the regular rate of pay for purposes of calculating overtime. Defendant did not contest paying overtime to the claimants but did contest paying liquidated damages or attorney fees.

On July 26, 2017, the Court granted Plaintiff's Motion for Conditional Certification, and thirty-two (32) individuals opted into this case ("Opt-in Plaintiffs" collectively "Class Members"). Plaintiffs and Defendants move jointly for approval of their settlement agreement and entry of judgment. The parties have not reached an agreement regarding the payment of attorneys' fees and costs pursuant to 29 U.S.C. § 216(b). Nothing herein shall impact, impair, diminish, waive, release or bar the

Plaintiffs' right to seek and recover attorneys' fees and costs or Defendants' right to oppose Plaintiffs' motion for attorneys' fees and cost.

The total amount of the settlement, allocated by plaintiffs as unpaid wages and liquidated damages, shall be $55,000 distributed pursuant to Exhibit A attached to the Parties' Settlement Agreement. Defendants admit no liability. These amounts were reached by the calculations demonstrated in the Parties' Joint Motion for Approval of Settlement. This Court approves the proposed settlement as a fair and reasonable compromise of a bona fide dispute under the FLSA. The motion for approval is granted and a judgment is entered in favor of the Plaintiffs. The only remaining issue in this case is the issue of attorneys' fees and costs to be paid to Plaintiffs' counsel which the parties have consented, pursuant to 28 U.S.C. § 636(c), to be heard by United States Magistrate Judge Karen Wells Roby. The parties have agreed not to appeal Magistrate Judge Roby's ruling in that regard.

New Orleans, Louisiana, January 18, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE